La Iglesia Católica, Apostólica, Romana de Puerto Rico, demandante-apelada, *v.* Combate Tobacco Corporation, demandada-apelante.

No. 4868 *

OPINIÓN DISIDENTE DEL JUEZ ASOCIADO SR. WOLF.

Mi motivo principal, si no el único, para disentir es que la demandada era un tercero que no tenía conocimiento por el registro de la existencia de una servidumbre. Toda vez que las ventanas y cosas similares pueden existir por mera tolerancia, sostengo que no se impuso el deber a un comprador de cerciorarse de si se había creado una servidumbre ya por título o por prescripción. Convengo en que no hay presunción de tolerancia, pero mantengo que no hay presunción de que existe una servidumbre por el mero hecho de haber signos exteriores, como ventanas. En mi opinión incumbía a la demandante demostrar positivamente que la demandada no era un tercero.

---

* Nota: Véase la opinión de la mayoría en el Tomo 41 D.P.R. 376 y la nota del repórter al pie de la página 970 de dicho Tomo.